UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DOUGLAS SHARRON PIGGEE,<br><br>            Defendant. | Case No.  CR 13-0494 CW<br><br><br>**ORDER TO SHOW CAUSE RE:<br><u>JOHNSON</u> CLAIM RAISED IN<br>SECTION 2255 MOTION** |

Before the Court is the motion of  Douglas Piggee (Movant) for an order under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence on the ground that his sentence has been rendered invalid by the Supreme Court's holding in <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015).

The following deadlines will apply, unless the parties submit a stipulation and order for a shorter briefing schedule: (1) within 75 days after the § 2255 motion was filed, the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the court should not "vacate, set aside or correct the sentence" being served by Movant; (2) Movant shall file a reply brief 45 days after the opposition is filed. Thereafter, the matter will be deemed submitted on the papers, unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: June 14, 2016

CLAUDIA WILKEN
United States District Judge

United States District Court
Northern District of California